UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV- |
| v. ) | Case No. |
| ) | |
| MICHAEL JON KESSLER, ) | |
| ) | DECLARATION OF |
| Respondent. ) | Carol D. Smith |
| ) | INTERNAL REVENUE SERVICE |
| _____) | |

Carol D. Smith, hereby declares as follows:

1. I am a duly commissioned revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division of the Office of the Area Director in Lanham, Maryland, with a post of duty in Miami, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602, Treas. Reg. Section 301.7602, and Internal Revenue Service Delegation Order No. 4 (as revised).

2. In my capacity as a revenue officer I am conducting an investigation for the collection of the federal income tax liability of Michael Jon Kessler for the periods ending December 31, 2000, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2008, and December 31, 2010.

3. In furtherance of the investigation, on August 20, 2012, I issued an Internal Revenue Service Summons (Form 6637) to

EXHIBIT A

Michael Jon Kessler directing the respondent to appear before me on September 18, 2012, to give testimony and to produce for examination and copying certain books, records, papers or other data, as described in said summons.

4. On August 21, 2012, I served an attested copy of the summons on the respondent by handing him said copy. Service of the summons is evidenced by the Certificate of Service attached to the summons. A copy of the summons is attached hereto and incorporated herein as Exhibit A-1.

5. On September 18, 2012, the respondent did not appear in response to the summons.

6. On October 3, 2012, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear on October 19, 2012 to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-2. The respondent did not appear on October 19, 2012, but he did contact Associate Area Counsel on October 30, 2012 and asked for additional time to comply with the summons. Revenue Officer Smith offered the respondent another opportunity to appear on December 20, 2012 to satisfy the summons. The respondent did not appear on December 20, 2012.

7. The respondent's refusal to comply with the summons continues to the date of this declaration.

8. Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

9. The information, books, records, papers, and other data as sought by the summons are not already in the possession of the Internal Revenue Service.

10. It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation regarding the collection of the federal income tax liability of Michael Jon Kessler for the periods ending December 31, 2000, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2008, and December 31, 2010.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

12. A Justice Department referral, as defined by 26 U.S.C. Section 7602(d)(2), is not in effect with respect to the respondent for the periods under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this 14Th day of January, 2013.

Carol D. Smith
Revenue Officer
Internal Revenue Service

# Summons

## Collection Information Statement

In the matter of  MICHAEL JON KESSLER, 10091 BAY HARBOR TER, BAY HARBOR ISLAND, FL 33154
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 3 (23)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

The Commissioner of Internal Revenue

**To:**  MICHAEL JON KESSLER
**At:**  10091 BAY HARBOR TER,  BAR HARBOR ISLAND, FL  33154

You are hereby summoned and required to appear before CAROL D SMITH, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 02/01/2012   To 08/15/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

51 SW FIRST AVENUE,  ROOM 700, STOP 5110,  MIAMI   FL  33130-1608  (305) 982-5256

Place and time for appearance: At  51 SW FIRST AVENUE,  ROOM 700, STOP 5110,  MIAMI,  FL  33130-1608

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  18th  day of  September , 2012  at  8:30  o'clock a  m.

Issued under authority of the Internal Revenue Code this 20th  day of August                , 2012

CAROL D SMITH  *(signature)*                   REVENUE OFFICER
Signature of issuing officer                   Title

Signature of approving officer *(if applicable)*                   Title

EXHIBIT A-1

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 8/21/2012 | 11:30 P.M. |

**How Summons Was Served**

[✓] I handed an attested copy of the summons to the person to whom it was directed.

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| Carl D. Smith | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Carl D. Smith | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **MICHAEL JON KESSLER**

Period information:  Form 1040 for the calendar periods ending December 31, 2000, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2008 and December 31, 2010



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
P.O. BOX 9, STOP 8000
51 S.W. FIRST AVENUE, ROOM 1114
MIAMI, FLORIDA 33130
(305) 982-5322
FAX (305) 982-5406

OCT 03 2012

CC:SB:3:MIA:GL-140982-12
DLAlfano

Michael Jon Kessler
10091 Bay Harbor Ter.
Bay Harbor Island, FL 33154

In re: Michael Jon Kessler
Summons (Forms 6637)

Dear Mr. Kessler:

The Small Business/Self-Employed South Atlantic Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on August 21, 2012. Under the terms of the summons, you were required to appear before Revenue Officer Carol D. Smith on September 18, 2012.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: Carol D. Smith
    Date: October 19, 2012
    Time: 10:00 a.m.
    Address: 51 S.W. 1st Avenue, Room 700
             Stop 5110
             Miami, FL 33130

Any books, records or other documents called for in the summons should be produced at that time.

EXHIBIT A-2

CC:SB:3:MIA:GL-140982-12         -2-

    If you have any questions, please contact Revenue Officer Smith at (305) 982-5256.

                              Sincerely,

                              ELLEN T. FRIBERG
                              Area Counsel
                              (Small Business/Self-Employed:Area 3)

                    By:_____
                              WILLIAM L. BLAGG
                              Associate Area Counsel (SBSE)

cc:   Carol D. Smith, Revenue Officer